THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GUY W. PICKING and IDA M. PICKING, Appellants.

Argued April 30, 1942; decided May 28, 1942.

*Ida M. Picking*, in person, for appellants.

*Frank S. Hogan*, District Attorney (*Francis C. Leffler* and *Stanley H. Fuld* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.